AO 450 (Rev. 5/85) Judgment in a Civil Case ⊗

# United States District Court

## EASTERN DISTRICT OF WISCONSIN

**JUDGMENT IN A CIVIL CASE**

ROBERT GATZKE, et al.,
    Plaintiffs

v.                        CASE NUMBER: 21-C-0243

CITY OF WEST BEND, WISCONSIN, et al.,
    Defendants

☐    **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X    **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that the plaintiffs shall take nothing by their complaint and that judgment is entered in favor of the City of West Bend, Doug Neumann, and Jay Shambeau on the merits of all federal claims. The court relinquishes supplemental jurisdiction over the state-law claims asserted against each defendant.

| | |
|---|---|
|     May 4, 2022 | Gina M. Colletti |
| Date | Clerk |
| | s/ K. Rafalski |
| | (By) Deputy Clerk |