IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| ROBERT GATZKE, THERESA DEUEL, BRYAN SCHOFIELD, and GEOFFREY RICKABY<br>On Behalf of Themselves and all Others Similarly Situated,<br><br>　　　　　　　　　　Plaintiffs,<br><br>v.<br><br>CITY OF WEST BEND, WISCONSIN, JAY SHAMBEAU, DOUG NEUMANN, *et al.*<br><br>　　　　　　　　　　Defendants. | Civil Action No. 21-CV-0243-LA |

## SATISFACTION OF BILL OF COSTS AND DECISION AND ORDER AWARDING ATTORNEYS' FEES

On June 21, 2022, the Clerk of the Court taxed a Bill of Costs in favor of Defendants City of West Bend, Wisconsin, Jay Shambeau and Doug Neumann (ECF # 105), and on March 8, 2023, this Court entered a Decision and Order awarding attorneys' fees to be paid to Defendants City of West Bend, Wisconsin, Jay Shambeau and Doug Neumann (ECF #120). Defendants City of West Bend, Wisconsin, Jay Shambeau and Doug Neumann hereby acknowledge full satisfaction of the taxed Bill of Costs and Decision and Order awarding attorneys' fees, and the Clerk of Court is authorized and directed to make an entry of such full satisfaction on the docket.

_____
Authorized Signatory for City of West Bend, Wisconsin

Subscribed and sworn to before me on May 23, 2023.

_____
Clerk or Notary Public

My commission expires: 05/03/2025.

Washington County, Wisconsin

_____
Jay Shambeau

Subscribed and sworn to before me on May 23, 2023.

_____
Clerk or Notary Public

My commission expires: 05/03/25

Washington County, Wisconsin

_____
Doug Neumann

Subscribed and sworn to before me on May 23, 2023.

_____
Clerk or Notary Public

My commission expires: 5/3/25.

Washington County, Wisconsin

2